Pursuant to a written stipulation of the parties reciting that all matters in question had been amicably settled, the cause was dismissed. No opinion.

DISMISSED.

Decided June 13, 1898.

FRANKL *v.* TOMINGSEN.

From Lake: W. C. HALE, Judge.

Action by Jos. Frankl against Nis Peter Tomingsen and another to recover possession of certain lands. From a judgment for plaintiff, this appeal was taken.

*Mr. E. D. Sperry,* for appellant.

*Mr. W. W. Wilshire,* for respondent.

The parties having agreed upon an affirmance of the judgment, it was so ordered. No opinion.

AFFIRMED.